Mark L. Riley, Appellant, v. City of Chicago, Appellee.

## Gen. No. 23,144. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917.

### Statement of the Case.

Action by Mark L. Riley, plaintiff, against the City of Chicago, defendant, to recover for personal injuries. From a verdict and judgment in his favor for $50, plaintiff appeals.

MORSE IVES, for appellant.

SAMUEL A. ETTELSON and CHARLES R. FRANCIS, for appellee; ROBERT H. FARRELL, of counsel.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. NEW TRIAL, § 58*—*when granted because of inadequacy of verdict.* Contrary to the common-law rule, under the modern rule a new trial may be awarded where the verdict is grossly inadequate for the same reasons as where the verdict is excessive.

2. NEGLIGENCE, § 250*—*when verdict is not against manifest weight of evidence.* In an action to recover for personal injuries, evidence examined and *held* not to show that the verdict was manifestly against the weight thereof.